**KSC/7.11.19**
AS: USAO#2019R00455

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**2019 JUL 17  PM 3: 25**

# IN THE UNITED STATES DISTRICT COURT OFFICE
## FOR THE DISTRICT OF MARYLAND BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** JKB-19-0336 |
| | * | |
| **MICHAEL DANIEL ALLAIRE,** | * | **(Possession with Intent to Distribute** |
| **a.k.a. "POP"** | * | **Cocaine Base and Cocaine, 21 U.S.C. §** |
| **a.k.a. "POPS"** | * | **841; Forfeiture, 21 U.S.C. § 853)** |
| | * | |
| **Defendant.** | * | |
| | * | |

## INDICTMENT

### COUNT ONE
### (Possession with Intent to Distribute Cocaine Base and Cocaine)

The Grand Jury for the District of Maryland charges that:

On or about March 6, 2019, in the District of Maryland, the defendant,

### MICHAEL DANIEL ALLAIRE,

did knowingly and intentionally possess with the intent to distribute 28 grams or more of a mixture

or substance containing a detectable amount of cocaine base, a Schedule II controlled substance,

and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled

substance.

21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)

## FORFEITURE ALLEGATIONS

The Grand Jury further finds that:

1.      Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Count One, the defendant shall forfeit to the United States of America:

a.      any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

b.      any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation,

including but not limited to approximately $22,965 in U.S. currency seized from the defendant on March 6, 2019.

2.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

2

Robert K. Hur / A.S.

Robert K. Hur
United States Attorney

SIGNATURE REDACTED

Foreperson
Date: _July 17, 2019_

3