

Extraction Report
Cellebrite Reports

# Anne Arundel County Police Department, Maryland
# Cellebrite Report
# PDF FORMAT



## Summary

| | |
|---|---|
| UFED Physical Analyzer version | 7.15.1.1 |
| Report creation time | 3/18/2019 15:38 -04:00 |
| Time zone settings (UTC) | (UTC-05:00) New_York (America) |
| Translated languages | |
| Examiner name | Det. J. Goldberg 1384 |
| Location | SIS - Vice Unit Office |
| Case Number | 19-702638 |
| Case number | 19-702638 |
| Case name | Michael Allaire |
| Evidence number | 17 |
| Department | Anne Arundel County Police, MD |
| Organization | E-TNT |
| Investigator | Det. S. James 1598 |
| Crime type | CDS |
| Notes | Allaire Alcatel cell phone |

## Source Extraction

| | |
|---|---|
| **Advanced Logical** | |
| Extraction start date/time | 3/18/2019 15:12 -04:00 |
| Extraction end date/time | 3/18/2019 15:19 -04:00 |
| Unit identifier | 1686085374 |
| UFED version | 7.15.0.73 |
| Internal version | 4.8.0.73 |
| Selected manufacturer | Alcatel |
| Selected device name | 5059R Ideal Xtra |
| Username | 16679674982 |
| Machine name | SES-CELLEBRITE |
| Connection type | Cable No. 100 |
| Extraction type | Advanced Logical [ Android Backup ] |
| Extraction ID | 70EECCA0-86FC-4042-9541-DB4A3F1D164F |
| Report type | Phone |
| **File System** | |
| Extraction start date/time | 3/18/2019 15:20(UTC-4) |
| Extraction end date/time | 3/18/2019 15:21(UTC-4) |
| Unit identifier | 1686085374 |
| UFED version | 7.15.0.73 |
| Internal version | 4.8.0.73 |
| Selected manufacturer | Alcatel |
| Selected device name | 5059R Ideal Xtra |
| Machine name | SES-CELLEBRITE |
| Connection type | Cable No. 100 |
| Extraction type | File System [ Android Backup ] |
| Extraction ID | AE5E83E9-9FC1-4414-911A-FF232460D87F |

| Name | Value | Source |
|---|---|---|
| **Advanced Logical** | | |
| Android ID | fe9ee7b9e6e2a1d1 | Taken from UFD extraction file: |
| Detected manufacturer | TCL | Taken from XML extraction file: |
| Detected model | Alcatel_5059R | Taken from XML extraction file: |
| Phone revision | 8.1.0 OPM1.171019.011 vAQ3E-0 | Taken from XML extraction file: |
| IMEI | 015242000974585 | Taken from XML extraction file: |
| ICCID | 89014103271596358810 | Taken from XML extraction file: |
| MSISDN | 16679674982 | Taken from XML extraction file: |
| MSISDN Type | MSISDN | Taken from XML extraction file: |
| IMSI | 310410159635881 | Taken from XML extraction file: |
| Phone date/time | 3/18/2019 15:15 -04:00 | Taken from XML extraction file: |
| Client Used for Extraction | Yes | Taken from XML extraction file: |
| **File System** | | |
| Android ID | fe9ee7b9e6e2a1d1 | Taken from UFD extraction file: |

## Image Hash Details (3)

⚠️ Hash data is available for this project.

| # | Name | Info | |
|---|---|---|---|
| 1 | | Path | Backup |
| | | Size (bytes) | 0 |
| 2 | | Path | XML |
| | | Size (bytes) | 0 |
| 3 | Backup | Path | Alcatel_5059R Ideal Xtra.zip |
| | | Size (bytes) | 234674744 |
| | | SHA256 | 68995CDDFC099778A669B576BFBFD65A02534A4ECE4787662FB04666B5A4A2AF |

## Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | Pre Project | | |
| 2 | Garbage Cleaner | | |
| 3 | ContactsCrossReference<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 4 | Project Processor Finisher | | |
| 5 | Post Project | | |

## Contents

| Type | Included in report |
|---|---|
| 📞 Call Log | 500 |
| 👤 Contacts | 34 |
| 🍪 Cookies | 3 |
| 💬 MMS Messages | 37 |
| 💬 SMS Messages | 1047 |
| 🕐 Timeline | 1591 |
| 📊 Data Files | 216 |
| ⬤ Configurations | 4 |
| ⬤ Databases | 144 |
| ⬤ Images | 53 |
| ⬤ Text | 14 |
| ⬤ Videos | 1 |