

Extraction Report
Cellebrite Reports

# Anne Arundel County Police Department, Maryland
# Cellebrite Report
# PDF FORMAT



# Summary

| | |
|---|---|
| UFED Physical Analyzer version | 7.15.1.1 |
| Report creation time | 3/18/2019 16:11 -04:00 |
| Time zone settings (UTC) | (UTC-05:00) New_York (America) |
| Translated languages | |
| Examiner name | Det. J. Goldberg 1384 |
| Location | SIS - Vice Unit Office |
| Case Number | 19-702638 |
| Case number | 19-702638 |
| Case name | Michael Allaire |
| Evidence number | 18 |
| Department | Anne Arundel County Police, MD |
| Organization | E-TNT |
| Investigator | Det. S. James 1598 |
| Crime type | CDS |
| Notes | Allaire LG cellular phone |

## Source Extraction

| | |
|---|---|
| **Advanced Logical** | |
| Extraction start date/time | 3/18/2019 15:49 -04:00 |
| Extraction end date/time | 3/18/2019 15:55 -04:00 |
| Unit identifier | 1686085374 |
| UFED version | 7.15.0.73 |
| Internal version | 4.8.0.73 |
| Selected manufacturer | LG GSM |
| Selected device name | LM-X410AS Phoenix Plus |
| Username | 14108552725 |
| Machine name | SES-CELLEBRITE |
| Connection type | Cable No. 100 |
| Extraction type | Advanced Logical [ Android Backup ] |
| Extraction ID | 8925D49B-2E99-4733-AE3D-29BDFA53C709 |
| Report type | Phone |
| **File System** | |
| Extraction start date/time | 3/18/2019 15:56(UTC-4) |
| Extraction end date/time | 3/18/2019 15:58(UTC-4) |
| Unit identifier | 1686085374 |
| UFED version | 7.15.0.73 |
| Internal version | 4.8.0.73 |
| Selected manufacturer | LG GSM |
| Selected device name | LM-X410AS Phoenix Plus |
| Machine name | SES-CELLEBRITE |
| Connection type | Cable No. 100 |
| Extraction type | File System [ Android Backup ] |
| Extraction ID | F878E4B6-6713-4526-AF78-4E95F02E4A49 |

| Name | Value | Source |
|---|---|---|
| **File System** | | |
| Android ID | 57115577d2971773 | Taken from UFD extraction file: |
| **Advanced Logical** | | |
| Android ID | 57115577d2971773 | Taken from UFD extraction file: |
| Detected manufacturer | lge | Taken from XML extraction file: |
| Detected model | LM-X410.FGN | Taken from XML extraction file: |
| Phone revision | 8.1.0 OPM1.171019.019 1815511167093.FGN | Taken from XML extraction file: |
| IMEI | 357138091417607 | Taken from XML extraction file: |
| ICCID | 89014103271406365450 | Taken from XML extraction file: |
| MSISDN | 14108552725 | Taken from XML extraction file: |
| MSISDN Type | MSISDN | Taken from XML extraction file: |
| IMSI | 310410140636545 | Taken from XML extraction file: |
| Phone date/time | 3/18/2019 15:50 -04:00 | Taken from XML extraction file: |
| Client Used for Extraction | Yes | Taken from XML extraction file: |
| **Extraction Notes** | | |
| Generic | +ZZ – Extracted phone time stamp time zone is expressed in quarters of an hour | Taken from XML extraction file: |

## Image Hash Details (3)

⚠️ Hash data is available for this project.

| # | Name | Info | |
|---|---|---|---|
| 1 | | Path | Backup |
| | | Size (bytes) | 0 |
| 2 | | Path | XML |
| | | Size (bytes) | 0 |
| 3 | Backup | Path | LG GSM_LM-X410AS Phoenix Plus.zip |
| | | Size (bytes) | 903734264 |
| | | SHA256 | 924BA5159D0403B753FDF98A82CCF2924C451999656CBE560496A92371D75FA2 |

## Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | **Pre Project** | | |
| 2 | **Garbage Cleaner** | | |
| 3 | **ContactsCrossReference** Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 4 | **Project Processor Finisher** | | |
| 5 | **Post Project** | | |

## Contents

| Type | Included in report | |
|---|---|---|
| 📅 Calendar | 1 | |
| 📞 Call Log | 2000 | |
| 👥 Contacts | 114 | |
| 🍪 Cookies | 59 | |
| ✉ Emails | 1 | (1 Deleted) |
| 🗺 Locations | 266 | |
| 💬 MMS Messages | 55 | |
| 💬 SMS Messages | 1137 | |
| 🕒 Timeline | 3545 | |
| 🗄 Data Files | 6545 | |
|   • Applications | 8 | |
|   • Audio | 60 | |
|   • Configurations | 9 | |
|   • Databases | 4588 | |
|   • Images | 1679 | |
|   • Text | 186 | |
|   • Videos | 15 | |

## Calendar (1)

| # | Time | Calendar Entry | Event information | Deleted |
|---|---|---|---|---|
| 1 | **Start Time:** 11/12/2018 08:00(UTC-5) **End Time:** 11/12/2018 09:00(UTC-5) | **Subject:** 411 meeting. **Attendees:** **Location:** **Details:** | **Category:** **Reminders:** 11/12/2018 07:59(UTC-5) **Priority:** Unknown **Status:** Unknown **Class:** Normal **Repeat Day:** None **Repeat Rule:** None **Repeat Interval:** 0 **Repeat Until:** | |

## Call Log (2000)

| # | Type | Parties | Timestamp | Duration | Country code | Network | Video call | Source | Deleted |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Missed | **From:** 4438548247 null **Direction:** Incoming | 3/6/2019 10:31(UTC-5) | 00:00:00 | | | | | |
| 2 | Outgoing | **To:** 4439600358 Hever **Direction:** Outgoing | 3/6/2019 09:05(UTC-5) | 00:00:01 | | | | | |
| 3 | Outgoing | **To:** 4439600358 Hever **Direction:** Outgoing | 3/6/2019 09:02(UTC-5) | 00:00:02 | | | | | |
| 4 | Outgoing | **To:** 4439600358 Hever **Direction:** Outgoing | 3/6/2019 08:56(UTC-5) | 00:00:09 | | | | | |
| 5 | Outgoing | **To:** 4439600358 Hever **Direction:** Outgoing | 3/6/2019 08:55(UTC-5) | 00:00:00 | | | | | |
| 6 | Incoming | **From:** 4439600358 Hever **Direction:** Incoming | 3/5/2019 22:42(UTC-5) | 00:00:42 | | | | | |